No. 81–6030. WHITE *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 81–6101. PISANO *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 81–6164. RIPPLINGER ET AL. *v.* KIDDER COUNTY SOCIAL SERVICE BOARD. C. A. 8th Cir. Certiorari denied.

No. 81–6196. APACHITO ET AL. *v.* WATT, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–6237. G. B. *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 81–6291. GLENN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–6346. BROOKSHER *v.* HARREL ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–6358. WALKER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 81–6360. RICHARDSON *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 81–6364. MEDVED *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–6366. ABU-BAKR *v.* REED ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–6367. MCCRARY *v.* SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 81–6369. WILLIAMS *v.* EVERETT, DIRECTOR, ARKANSAS DEPARTMENT OF LABOR. Ct. App. Ark. Certiorari denied.